UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:23-mj-381

**Clay Thomas Wolfe**

## COURTROOM   MINUTES

| Judge: | Chelsey M. Vascura | Date and Time: | 6/23/2023 1:30pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Elena Tuhey Walters |
| Record: | CourtSmart | Counsel for Deft(s). | George Chaney |
| Interpreter: |  | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Dft submitted financial affidavit, Federal Public Defender Laura Byrum appointed
-Detention Hearing set for 6/28/2023 at 1:30pm; Preliminary Hearing set for 7/7/2023 at 2:00pm before Judge Jolson
-Dft remanded to custody of United States Marshal Service