United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                                 Case No. 2:23-mj-381

Clay Thomas Wolfe

## COURTROOM MINUTES
### Detention Hearing

|  | U.S. Magistrate Judge Kimberly A. Jolson | Date:   July 6, 2023 @ 2:00 p.m. | |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Emily Czerniejewski/Jen Rausch |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Susan Pettit |
| **Interpreter** |  | **Pretrial/Probation** | Jennifer Chadwick/Daniela Escamilla-Henriquez |
| **Log In** | 1:56 p.m. | **Log Out** | 2:26 p.m. |

Government seeks detention.

Defendant argues for release.

Testimony of Defense witness Patrick Wolfe, father or Defendant.

The hearing will remain open for 7 days.   Pretrial will provide information regarding state supervision.  Defendant may submit additional information to the Court within 7 days.   Counseling records may be submitted for in camera review.

Defendant remanded to USMS.